**Order entered September 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00501-CV

### STACI BOWSER, Appellant

### V.

### CRAIG RANCH EMERGENCY HOSPITAL, LLC, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-00158-2012**

## ORDER

We **GRANT** appellant's September 2, 2014 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than September 22, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE